**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RICHARD LEWIS** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 11-5035** |
| | : | |
| **JON FISHER,** *et al.* | : | |
| | : | |

## ORDER

**AND NOW,** this 28th day of May 2013, upon careful and independent consideration of the Petition for Writ of *Habeas Corpus* filed pursuant to 28 U.S.C. § 2254, and after careful review of the Report and Recommendation of Magistrate Judge Jacob P. Hart, and the objections thereto, it is hereby **ORDERED** that:

1.      The Objections are **OVERRULED** and the Report and Recommendation is **APPROVED and ADOPTED**;

2.      The Petition is **DENIED**;

3.      There is no basis for the issuance of a certificate of appealability; and

4.      The Clerk is directed to **CLOSE** the case.

It is so **ORDERED**.

BY THE COURT:

**/s/ Cynthia M. Rufe**

_____
**CYNTHIA M. RUFE, J.**